**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF PENNSYLVANIA**

SHERRI LYNN GALATI,

Plaintiff,

v.

FRANK BISIGNANO,
COMMISSIONER OF SOCIAL SECURITY,

Defendant.

CIVIL ACTION NO. 1:25-CV-00968

(MEHALCHICK, J.)

**ORDER**

AND NOW this 23rd day of September 2026, for the reasons set forth in the Memorandum filed concurrently herewith, **IT IS HEREBY ORDERED THAT** the Report (Doc. 18) is **ADOPTED IN ITS ENTIRETY** as the opinion of the Court. The decision of the Commissioner is **AFFIRMED**, and the Clerk of Court is directed to enter judgment in the Commissioner's favor and **CLOSE** this case.

**Dated: September 23, 2026**

s/ Karoline Mehalchick
**KAROLINE MEHALCHICK**
**United States District Judge**